**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANIEL SANCHEZ DE JESUS,

        Petitioner,

v.                                  Case No. 3:26-cv-1298-WWB-LLL

U.S. ATTORNY GENERAL, et al.,

        Respondents.

_____

## <u>ORDER</u>

Petitioner, a detainee of the Baker County Detention Center, initiated this case by filing a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. 1). Petitioner challenges the lawfulness of his detention by the United States Department of Homeland Security, Immigration and Customs Enforcement. On May 22, 2026, the Court ordered Petitioner to file and amended petition. (Doc. 4).

But before Petitioner filed an amended petition, he initiated No. 3:26-cv-1405-WWB-PDB, raising seemingly identical claims as those raised here.[1] On June 12, 2026, the Court granted the Petition filed in No. 3:26-cv-1405-WWB-PDB, rendering the claims in this previously filed action moot.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

---

[1] Petitioner's name on the docket of No. 3:26-cv-1405 is "Daniel De Jesus Sanchez," while his name on this docket is "Daniel Sanchez De Jesus." Even so, the Court confirmed each case was filed by the same Petitioner because the A# is the same for both cases.

2.  The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 15, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
c:    Daniel Sanchez De Jesus, A097170862

2